UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARJORIE ACEVEDO,<br><br>        Plaintiff,<br>v.<br><br>TEUPEN NORTH AMERICA, INC.,<br><br>        Defendant. | NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE COMPLIANCE WITH NON-PARTY SUBPOENA<br><br>W.D.N.C. Civil Action No. 3:20-CV-00518-FDW-DSC<br><br>21-mc-769 (VSB) |

**PLEASE TAKE NOTICE** that Defendant Teupen North America, Inc., through counsel, hereby withdraws its motion to enforce compliance with non-party subpoena filed October 11, 2021. In response to Teupen North America, Inc.'s original filing, Omnicom Healthgroup, LLC proffered documents responsive and in compliance with the subpoena issued by the United States District Court for the Western District of North Carolina. Accordingly, Teupen North America, Inc. withdraws its motion to enforce compliance with non-party subpoena.

Date: October 21, 2021

Accordingly, this action is dismissed. The Clerk of Court is respectfully directed to close the open motion at docket number 1 and to terminate this action.

SO ORDERED:

*/s/ Vernon S. Broderick* 10/22/2021
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Amanda Blair*
Amanda M. Blair
**FISHER & PHILLIPS LLP**
620 Eighth Avenue, 36th Floor
New York, NY 10018
Telephone: (212) 899-9989
Email: ablair@fisherphillips.com

*Attorney for Defendant*

`Case 1:21-mc-00769-VSB   Document 7   Filed 10/22/21   Page 2 of 2`

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARJORIE ACEVEDO,<br><br>    Plaintiff,<br>v.<br><br>TEUPEN NORTH AMERICA, INC.,<br><br>    Defendant. | W.D.N.C. Civil Action No. 3:20-CV-00518-FDW-DSC |

### Certificate of Service

I hereby certify that on the date listed below, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system. I further certify that a true and correct copy of the foregoing was served by email and mail on October 21, 2021 on the following:

    Davis & Gilbert LLP
    Attn.: Maureen McLoughlin
    1675 Broadway
    New York, NY 10019
    MMcLoughlin@dglaw.com

    GessnerLaw, PLLC
    Attn.: L. Michelle Gessner
    Post Office Box 78161
    Charlotte, North Carolina 28271
    michelle@mgessnerlaw.com

Date: October 21, 2021

                              Respectfully submitted,

                              */s/ Amanda M. Blair*
                              Amanda M. Blair
                              Attorney for Defendant
                              **FISHER & PHILLIPS LLP**